# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:22-mj-00343-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ) | |
| JAMES FARRIS HODGES, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss (the "Motion"). (Doc. No. 6). The Motion seeks to dismiss without prejudice the charges against Defendant in the Criminal Complaint and Arrest Warrant. Having carefully considered the Motion, applicable law, and the record, the Court will **GRANT** the Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion To Dismiss (Doc. No. 6) is **GRANTED** and hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Signed: May 1, 2023

Susan C. Rodriguez
United States Magistrate Judge